UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAPING CHANG,

                Plaintiff,

-against-

D1-JOYSON SAFETY SYSTEMS ACQUISITION LLC, et al.,

                Defendants.

24cv2806 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 18, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge